(Reap. Dec. 10653)

J. C. PENNEY PURCHASING CORP. v. UNITED STATES

Entry Nos. 16318; 19488.

(Decided December 23, 1963)

*Sharretts, Paley & Carter* for the plaintiff.

*John W. Douglas,* Assistant Attorney General, for the defendant.

FORD, Judge: The two appeals for reappraisement listed above have been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto that the merchandise marked A and initialed WDS by Examiner William D. Slyne on the invoices accompanying the entries covered by the above named appeals for reappraisement consists of rayon fabric and was exported to the United States in 1960.

IT IS FURTHER STIPULATED AND AGREED that on the dates of exportation of said merchandise to the United States, the price at the time of exportation at which such or similar merchandise was freely sold or, in the absence of sales, offered for sale in the principal markets of the country of exportation, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, including the cost of all containers and coverings of whatever nature and all other expenses incidental to placing the merchandise in condition, packed ready for shipment to the United States was $0.575 per yard, net, packed.

IT IS FURTHER STIPULATED AND AGREED that all of the merchandise covered by all of the appeals for reappraisement the subject of this stipulation is not identified in the final list published by the Secretary of the Treasury pursuant to the Customs Simplification Act of 1956, T.D. 54521.

IT IS FURTHER STIPULATED AND AGREED that these appeals be submitted on this stipulation, said appeals being limited to the merchandise marked A as aforesaid.

Accepting this stipulation as a statement of facts, I find that the involved merchandise, marked "A" and initialed WDS on the in-

voices by Examiner William D. Slyne, is not listed on the final list of articles published in T.D. 54521, effective February 27, 1958, and that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, and T.D. 54521, effective February 27, 1958, is the proper basis for the determination of the value of the merchandise here involved, and I find and hold that such statutory value is $0.575 per yard, net, packed.

Judgment will be entered accordingly.